## In re PETROL STOPS NORTHWEST EMPLOYMENT PRACTICES LITIGATION.

### No. 329.

Judicial Panel on Multidistrict Litigation.

Feb. 27, 1978.

242

**District of Oregon**

Ray Marshall, Secretary of    Civil Action
Labor, U.S. Department of    No. 77–0492
Labor v. Petrol Stops North-
west

**Central District of California**

Ray Marshall, Secretary of    Civil Action
Labor, U.S. Department of    No. CV77–2541–IH
Labor v. Petrol Stops North-
west

**Eastern District of California**

Ray Marshall, Secretary of    Civil Action
Labor, U.S. Department of    No. Civ. S–77–356–PCW
Labor v. Petrol Stops North-
west

**Western District of Washington**

Ray Marshall, Secretary of    Civil Action
Labor, U.S. Department of    No. C77–507M
Labor v. Petrol Stops North-
west

## TRANSFER ORDER

JOHN MINOR WISDOM, Chairman.

It appearing that all parties to the actions listed on the attached Schedule A agree on the desirability of transferring those actions pending in districts other than the District of Oregon to that district for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407, and the Panel having found upon consideration of the papers submitted that these actions involve common questions of fact and that transfer to the District of Oregon will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation,

IT IS ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on the attached Schedule A and pending in districts other than the District of Oregon be, and the same hereby are, transferred to that district and, with the consent of that court, assigned to the Honorable Robert C. Belloni for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

### SCHEDULE A

#### District of Arizona

Ray Marshall, Secretary of    Civil Action
Labor, U.S. Department of    No. 77–134–TUC–WCF
Labor v. Herbert W. Timms
and Robert Borgert d/b/a
Petrol Stops Northwest